NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER S. ORENSHTEYN,**
*Plaintiff-Appellant,*

v.

**CITRIX SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1308   .

---

Appeal from the United States District Court for the Southern District of Florida in case no. 02-CV-60478, Judge Adalberto Jordan.

---

## ON MOTION

---

## ORDER

Alexander S. Orenshteyn moves for an extension of time, until October 24, 2012, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Joseph J. Zito, Esq.
     Douglas J. Kline, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK